# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CAMERON M. SMITH,**

        **Plaintiff,**   :

  v.                                      Case No. 2:22-cv-2793
                                          Judge Sarah D. Morrison
                                          Magistrate Judge Kimberly A. Jolson

**COUNTY OF MUSKINGUM,**
*et al.,*                                 :

        **Defendants.**

## ORDER

On August 24, 2022, the Magistrate Judge issued a Report and Recommendation recommending that the Court presume Plaintiff Cameron M. Smith is not a pauper and because he has not paid the filing fee, that the action be dismissed without prejudice for failure to prosecute. (R&R, ECF No. 3.) Although Mr. Smith was advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so (R&R, PageID 23), no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED** without prejudice for failure to prosecute. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                              /s/ Sarah D. Morrison
                                              **SARAH D. MORRISON**
                                              **UNITED STATES DISTRICT JUDGE**